**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America** | *PETTY* **JUDGMENT IN A CRIMINAL CASE** (For Offenses Committed On or After November 1, 1987) |
| v. | **No. 17-07608MJ-001-PHX-BSB** |
| **Adrian Stanley Gutierrez-Yepz** | Jon M. Sands (FPD) Attorney for Defendant |

USM#: 73711-408      ICE# A208 573 076

**THE DEFENDANT ENTERED A PLEA OF** guilty on January 9, 2018, to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(2), Alien Eluding the Examination and Inspection of Immigration Officers of the United States, a Class B Misdemeanor offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SEVENTY FIVE (75) DAYS** with credit for time served as to Count 2 of the Complaint.

**IT IS ORDERED** that Count 1 of the Complaint is dismissed with prejudice on motion of the United States.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

   **SPECIAL ASSESSMENT:** REMITTED      **FINE:** WAIVED      **RESTITUTION:** N/A

On motion of the United States, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of Court in Phoenix, Arizona, within fourteen (14) days from the entry of judgment.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Tuesday, January 09, 2018.**

Dated this 9th day of January, 2018.

_____
Bridget S. Bade
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons, with a copy of this Judgment in a Criminal Case.

_____           _____
United States Marshal                                                By: Deputy Marshal